**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christopher Ivory ARTIS,
Defendant–Appellant.**

**No. 13–6457.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Christopher Ivory Artis, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Michael Gordon James, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Ivory Artis appeals the district court's order denying his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Artis,* No. 5:02–cr–00308–BO–1 (E.D.N.C. filed Mar. 19, 2013, entered Mar. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*